# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

v.                                          Case Number 1:12CR0035

JESSE CURTIS MORTON

Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
(For Offense(s) Committed On or After November 1, 1987)

The defendant, Jesse Curtis Morton, was represented by James Hundley.

Finding that the defendant in the above styled cause, who was convicted on June 22, 2012 in the United States District Court for the Eastern District of Virginia, and sentenced to custody for ONE HUNDRED AND THIRTY EIGHT (138) MONTHS, and placed on supervised release for THREE (3) YEARS, has violated the terms of supervised release; it is hereby

ORDERED and ADJUDGED that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of NINETY (90) DAYS with credit for time served.

The defendant is placed on further supervised release for TWO (2) years with the added condition that the defendant participates in and successfully completes inpatient substance abuse treatment. All other conditions currently imposed remain in place.

Signed this 3rd day of February, 2017.

_____
Liam O'Grady
United States District Judge